IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01730-WJM-CBS | Date:  January 8, 2016 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                 *Counsel:*

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | Douglas Colville |
| Plaintiff, | |
| v. | |
| TK CONSTRUCTION US, LLC | |
| TK HOLDINGS LTD. <br> TK MINING SERVICES, LLC <br> BLUE SKY, LLC <br> TK DIVERSIFIED SERVICES, LLC <br> DAVID A SCHAAF <br> EARNEST E. SCHAAF <br> KEITH E. BUHRDORF | Shannon Bell |
| AMY L. FISCHER <br> MOUNTAIN VALLEY HYDROSEED, LLC | Wendy Earle |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE MOTION HEARING**
**Court in session: 01:34 p.m.**

Court calls case.  All counsel appeared by telephone.

**ORDERED:**   The **[**27**]** MOTION to Compel by Plaintiff North American Specialty Insurance Company is GRANTED IN PART AND DENIED IN PART.  The motion is denied as to the defendant Amy L. Fischer and granted as to the defendant Mountain Valley Hydroseed, LLC.  The motion is denied as to fees and costs.

>The [29] Motion to Withdraw as Attorney by Defendants is GRANTED. Wendy Jordan Earle is terminated as counsel for Amy L. Fischer and Mountain Valley Hydroseed, LLC.

IT IS FURTHER ORDERED THAT a separate SHOW CAUSE ORDER will be issued ordering Mountain Valley Hydroseed, LLC to show cause regarding their intention to enroll counsel and why a default judgment should not be taken against them.

HEARING CONCLUDED.

**Court in recess: 01:40 p.m.**
Total time in court: 00:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.